JACOB W. BERMANT, Surviving Partner of ANDREW J. SKINNER, Deceased, Respondent, *v.* ADOLPH BEHN, Appellant, Impleaded with Others,

*Bermant* v. *Behn*, 149 App. Div. 914, appeal dismissed.
(Argued June 3, 1912; decided June 11, 1912.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 21, 1912, unanimously affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action by attorneys to recover for alleged services.

The motion was made upon the grounds that the judgment of affirmance was not appealable of right to the Court of Appeals and that permission to appeal had not been obtained; that no questions of law were presented by

exceptions, and that defendant was estopped seeking a reversal upon the question of law he sought to raise.

*Arthur Furber* for motion.

*Frederick B. Maerkle* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.